UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
MICHAEL J. WARD,                   )
                                   )
         Plaintiff,                )
    v.                             )  CA. No. 13-738 S
                                   )
CAROLYN W. COLVIN,                 )
Commissioner of the                )
Social Security Administration     )
                                   )
         Defendant.                )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

No objection has been filed to Magistrate Judge Patricia A. Sullivan's Report and Recommendation dated August 25, 2014. Because this Court agrees with Judge Sullivan's analysis, it hereby accepts the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ W E Smith
_____
William E. Smith
Chief Judge
Date: October 2, 2014